**CLAYTON-JOHNSTON, P.A.**
ATTORNEYS AT LAW

ESTABLISHED IN 1927

18 N.W. 33rd Court
Gainesville, Florida 32607
Phone (352) 376-4694
Fax (352) 371-7366

LEONARD E. IRELAND, JR.*
CHARLES M. GADD, JR.
DIANA M. JOHNSON
*BOARD CERTIFIED CIVIL TRIAL LAWYER
*COURT APPOINTED ARBITRATOR
LIRELAND@CLAYTON-JOHNSTON.COM

22 August 2014

Chief Tony Jones
Gainesville Police Department
P. O. Box 1250
Gainesville, FL 32627

**CERTIFIED
RETURN RECEIPT REQUESTED**

RE:   NOTICE OF CLAIM:  *Kristopher Lee Madson vs. City of Gainesville, et al*

Dear Chief Jones:

Pursuant to Section 768.28(6)(a), Florida Statutes, you are notified that this firm represents Kristopher Lee Madson and hereby gives this notice of Mr. Madson's intent to file a tort claims action for money damages against the City of Gainesville under the Florida Tort Claims Act. All communication and notices to claimants should be directed to *Clayton-Johnston, P.A.,* 18 NW 33rd Court, Gainesville, Florida 32605.

This claim arises from damages suffered by Kristopher Lee Madson on December 19, 2012, in Gainesville, Alachua County, Florida, as a result of wrongful acts or omissions of employees of the City of Gainesville while acting within the course and scope of their employment.

The claimant Kristopher Lee Madson's date of birth is October 31, 1989. The claimant Kristopher Lee Madson's place of birth is Gainesville, Florida. The claimant Kristopher Lee Madson's social security number is 103-189-3689. The claimant Kristopher Lee Madson's marital status is single. The claimant, Kristopher Lee Madson does have outstanding judgments against him owed by the claimant to the State of Florida, its agency, officer or subdivision, in the following case:

>   *Kristopher Lee Madson,* Case No. 01-2012-CF-4868-A, Division F3, in
>   the Circuit Court of the Eighth Judicial Circuit in and for Alachua County,
>   Florida:



www.clayton-johnston.com



EXHIBIT
Composite
"A"

Page 2

Adjudicated penalties, fines, fees, victim restitution, and any other judgments in that case are in the approximate of:

| | |
|---|---:|
| Court Fees | $2,944.00 |
| Restitution | 2,835.00 |
| Drug Test | 65.00 |
| Cost of Supervision | 500.00 |
| DC Training Fee | 96.00 |
| | $6,440.00 |

Thank you for your attention to this matter. If you have any questions regarding this matter, please feel free to contact this office.

Sincerely,

Leonard E. Ireland, Jr., B.C.S.
/tb

c:   Kristopher Lee Madson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Chief Tony Jones
   Gainesville Police Dept
   P. O. Box 1250
   Gainesville, FL 32627

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]    ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Porter Peterson

D. Is delivery address different from Item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7011 1570 0001 4119 7764

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ .49 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.49 |

Postmark AUG 2014

Sent To: Chief Tony Jones
         Gainesville Police Dept.
Street, Apt. No.; or PO Box No.: P. O. Box 1250
City, State, ZIP+4: Gainesville, FL 32627

7011 1570 0001 4119 7764

PS Form 3800, August 2006    See Reverse for Instructions

**CLAYTON-JOHNSTON, P.A.**
ATTORNEYS AT LAW

ESTABLISHED IN 1927

18 N.W. 33rd Court
Gainesville, Florida 32607
Phone (352) 376-4694
Fax (352) 371-7366

LEONARD E. IRELAND, JR.*
CHARLES M. GADD, JR.
DIANA M. JOHNSON
*BOARD CERTIFIED CIVIL TRIAL LAWYER
*COURT APPOINTED ARBITRATOR
LIRELAND@CLAYTON-JOHNSTON.COM

22 August 2014

Mr. Russ Blackburn, City Manager
City of Gainesville
City Hall
200 East University Avenue
Gainesville, FL 32601

**CERTIFIED**
**RETURN RECEIPT REQUESTED**

RE:   NOTICE OF CLAIM:   *Kristopher Lee Madson vs. City of Gainesville, et al*

Dear Mr. Blackburn:

Pursuant to Section 768.28(6)(a), Florida Statutes, you are notified that this firm represents Kristopher Lee Madson and hereby gives this notice of Mr. Madson's intent to file a tort claims action for money damages against the City of Gainesville under the Florida Tort Claims Act. All communication and notices to claimants should be directed to *Clayton-Johnston, P.A.,* 18 NW 33rd Court, Gainesville, Florida 32605.

This claim arises from damages suffered by Kristopher Lee Madson on December 19, 2012, in Gainesville, Alachua County, Florida, as a result of wrongful acts or omissions of employees of the City of Gainesville while acting within the course and scope of their employment.

The claimant Kristopher Lee Madson's date of birth is October 31, 1989. The claimant Kristopher Lee Madson's place of birth is Gainesville, Florida. The claimant Kristopher Lee Madson's social security number is 103-189-3689. The claimant Kristopher Lee Madson's marital status is single. The claimant, Kristopher Lee Madson does have outstanding judgments against him owed by the claimant to the State of Florida, its agency, officer or subdivision, in the following case:

> *Kristopher Lee Madson,* Case No. 01-2012-CF-4868-A, Division F3, in the Circuit Court of the Eighth Judicial Circuit in and for Alachua County, Florida:



www.clayton-johnston.com

Page 2

Adjudicated penalties, fines, fees, victim restitution, and any other judgments in that case are in the approximate of:

| | |
|---|---:|
| Court Fees | $2,944.00 |
| Restitution | 2,835.00 |
| Drug Test | 65.00 |
| Cost of Supervision | 500.00 |
| DC Training Fee | 96.00 |
| | $6,440.00 |

Thank you for your attention to this matter. If you have any questions regarding this matter, please feel free to contact this office.

Sincerely,

Leonard E. Ireland, Jr., B.C.S.
/tb
c:  Kristopher Lee Madson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr Russ Blackburn
   City Manager, City Hall
   200 E. Univ. Ave
   Gainesville, Fl
   32601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ben Walker_ ☐ Agent ☐ Addressee

B. Received by (Printed Name) _Ben Walker_   C. Date of Delivery 8-25-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7011 1570 0001 4119 7733

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

*For delivery information visit our website at www.usps.com*

7011 1570 0001 4119 7733

OFFICIAL USE

Postage  $ .49
Certified Fee  3.30
Return Receipt Fee (Endorsement Required)  2.70
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $ 6.49

AUG Postmark Here 14

Sent To: _Russ Blackburn - City Manager_
Street, Apt No; or PO Box No. _City Hall - 200 E. Univ. Ave_
City, State, ZIP+4 _Gainesville, Fl 32601_

PS Form 3800, August 2006   See Reverse for Instructions

**CLAYTON-JOHNSTON, P.A.**
ATTORNEYS AT LAW

ESTABLISHED IN 1927

18 N.W. 33rd Court
Gainesville, Florida 32607
Phone (352) 376-4694
Fax (352) 371-7366

LEONARD E. IRELAND, JR.*
CHARLES M. GADD, JR.
DIANA M. JOHNSON
*BOARD CERTIFIED CIVIL TRIAL LAWYER
*COURT APPOINTED ARBITRATOR
LIRELAND@CLAYTON-JOHNSTON.COM

22 August 2014

Mr. Ed Braddy, Mayor
City of Gainesville
P. O. Box 490
Station 19
Gainesville, FL 32627-0490

**CERTIFIED
RETURN RECEIPT REQUESTED**

**RE:   NOTICE OF CLAIM:** *Kristopher Lee Madson vs. City of Gainesville, et al*

Dear Mr. Braddy:

Pursuant to Section 768.28(6)(a), Florida Statutes, you are notified that this firm represents Kristopher Lee Madson and hereby gives this notice of Mr. Madson's intent to file a tort claims action for money damages against the City of Gainesville under the Florida Tort Claims Act. All communication and notices to claimants should be directed to *Clayton-Johnston, P.A.,* 18 NW 33rd Court, Gainesville, Florida 32605.

This claim arises from damages suffered by Kristopher Lee Madson on December 19, 2012, in Gainesville, Alachua County, Florida, as a result of wrongful acts or omissions of employees of the City of Gainesville while acting within the course and scope of their employment.

The claimant Kristopher Lee Madson's date of birth is October 31, 1989. The claimant Kristopher Lee Madson's place of birth is Gainesville, Florida. The claimant Kristopher Lee Madson's social security number is 103-189-3689. The claimant Kristopher Lee Madson's marital status is single. The claimant, Kristopher Lee Madson does have outstanding judgments against him owed by the claimant to the State of Florida, its agency, officer or subdivision, in the following case:

> *Kristopher Lee Madson,* Case No. 01-2012-CF-4868-A, Division F3, in the Circuit Court of the Eighth Judicial Circuit in and for Alachua County, Florida:



www.clayton-johnston.com

Page 2

Adjudicated penalties, fines, fees, victim restitution, and any other judgments in that case are in the approximate of:

| | |
|---|---:|
| Court Fees | $2,944.00 |
| Restitution | 2,835.00 |
| Drug Test | 65.00 |
| Cost of Supervision | 500.00 |
| DC Training Fee | 96.00 |
| | $6,440.00 |

Thank you for your attention to this matter. If you have any questions regarding this matter, please feel free to contact this office.

Sincerely,

Leonard E. Ireland, Jr., B.C.S.
/tb

c:  Kristopher Lee Madson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ed Bradley, Mayor
   City of Gainesville
   P.O. Box 490
   Station 9
   Gainesville, FL 32627-0490

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): Ben Wacker
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7011 1570 0001 4119 7740

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

7011 1570 0001 4119 7740

OFFICIAL USE

| | |
|---|---|
| Postage | $ .49 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.49 |

Sent To: Ed Bradley, Mayor
Street, Apt. No.; City of Gainesville
or PO Box No. P.O. Box 490, Station 9
City, State, ZIP+4 Gainesville, FL 32627-0490

Postmark
AUG [illegible] 2014

PS Form 3800, August 2006   See Reverse for Instructions